UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Winter Moore</u>,
    Plaintiff

    v.                                    Case No. 09-cv-329-SM

<u>Mark J. Rockwood and
Southern New Hampshire
Medical Center</u>,
    Defendants

**NOTICE OF RULING**

    Re:  (Document No. 112) Defendant Mark J. Rockwood's Motion to Dismiss Plaintiff's Claims for Lack of Standing and Judicial Estoppel

    Ruling: Granted. Given plaintiff's acknowledgment of the basic facts, and plaintiff's counsel's acknowledgment that she "cannot continue to prosecute the case in its current procedural posture," and that no suggestion has been made that plaintiff has sought, or in the near future intends to seek, reopening of her bankruptcy proceeding, and that it is clear from the facts conceded that plaintiff's claims in this case belong not to her but to her bankruptcy estate, the case is dismissed, without prejudice. See <u>Locapo v. Colsia</u>, 609 F. Supp. 2d 156 (D.N.H. 2009).

    **SO ORDERED.**

                                      Steven J. McAuliffe
                                      Chief Judge

October 24, 2011

cc:  Rosanna Sattler, Esq.
    Laura A. Otenti, Esq.
    Nancy J. Puleo, Esq.
    W. Kirk Abbott, Jr., Esq.
    Kevin M. O'Shea, Esq.
    Michael A. Pignatelli, Esq.
    Rose M. Joly, Esq.